**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1117**

DAMIAN D. PHILLIPS,

Plaintiff - Appellant,

v.

LOUDOUN COUNTY PUBLIC SCHOOLS; LOUDOUN COUNTY PUBLIC
SCHOOL BOARD,

Defendants - Appellees,

and

LOUDOUN COUNTY,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-00501-LMB-MSN)

Submitted:  June 24, 2021                          Decided:  June 28, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Damian D. Phillips, Appellant Pro Se.   Heather Kathleen Bardot, BANCROFT, MCGAVIN, HORVATH & JUDKINS PC, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damian D. Phillips appeals from the district court's order granting summary judgment in favor of the Defendants on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Phillips v. Loudoun Cnty. Pub. Schs.*, No. 1:19-cv-00501-LMB-MSN (E.D. Va. Jan. 19, 2021). We deny Phillips' motion to expedite, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*